IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL STOKES,** | : | CIVIL ACTION NO. 1:24-CV-571 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN OF FCI-ALLENWOOD LOW,** | : | |
| | : | |
| | : | |
| Respondent | : | |

# ORDER

AND NOW, this 24th day of October, 2024, upon consideration of the petition (Doc. 1) for writ of habeas corpus and petitioner's pending motions (Docs. 6, 18, 22, 23, 26, 32), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's motion for leave to amend and motion for leave to supplement (Docs. 6, 32) are GRANTED. The additional information provided by these motions has been considered by the court in its review of the petition for writ of habeas corpus.

2. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

3. Petitioner's motion for sanctions, motion for summary judgment, and motion for preliminary injunction (Docs. 22, 23, 26) are DENIED.

4. Petitioner's motion to expedite (Doc. 18) is DENIED AS MOOT.

5. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania